**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Mathes Auto Sales, Inc., Respondent,

v.

Otis Morris, Jr., Pro Bowl Motors, Inc., Travelers Casualty & Surety Co. of America, Inc., Gerald Scott Dixon, Michael Tyrone Moore, and Dixon's Automotive, LLC, Defendants,

of whom Gerald Scott Dixon, Michael Tyrone Moore, and Dixon's Automotive, LLC, are the Petitioners.

Appellate Case No. 2022-001160

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
Joseph M. Strickland, Master-in-Equity

---

Memorandum Opinion No. 2024-MO-018
Heard June 18, 2024 – Filed July 10, 2024

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Leland B. Greeley, of Leland B. Greeley, PA, of Rock Hill, for Petitioners.

Joseph Gregory Studemeyer, of Studemeyer Law Firm, P.C., of Irmo, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Mathes Auto Sales, Inc. v. Morris*, 2022-UP-253 (S.C. Ct. App. filed July 20, 2022).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**